UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN R. MCNEILLY, et al.,

    Plaintiffs,                         Case No. 1:20–cv–870

v.                                 Hon. Jane M. Beckering

SPECTRUM HEALTH SYSTEM, et al.,

    Defendants.
_____/

## ORDER

This matter is before the Court on Plaintiffs' Unopposed Motion to drop Plaintiff Ron Mekkes and join Carla Martz as a named Plaintiff (ECF No. 59). The Court having reviewed the filing: IT IS HEREBY ORDERED that the Unopposed Motion to drop Plaintiff Ron Mekkes and join Carla Martz as a named Plaintiff (ECF No. 59) is GRANTED. Ron Mekkes is dropped as a named Plaintiff. Carla Martz is joined as a named Plaintiff. The case caption is amended accordingly.

IT IS SO ORDERED.

Dated: December 12, 2022                        /s/ Jane M. Beckering
                                                                       JANE M. BECKERING
                                                                       United States District Judge