UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SUSAN R. MCNEILLY, and CARLA MARTZ, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SPECTRUM HEALTH SYSTEM, THE DEFINED CONTRIBUTION RETIREMENT PLAN INVESTMENT COMMITTEE OF SPECTRUM HEALTH SYSTEM and JOHN DOES 1-30, <br><br> Defendants. | CIVIL ACTION NO.: 1:20-cv-00870 <br><br> Hon. Jane M. Beckering |

**JOINT STIPULATION ON EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Based on the Court's January 11, 2023 Order (ECF No. 64), the parties currently have until February 24, 2023 to file their motion for preliminary approval of settlement. Due to the need for additional time to collect the class data and finalize the settlement papers, the parties stipulate to a two-week extension, until March 10, 2023, to file the motion for preliminary approval of settlement.

Dated: February 22, 2022

 /s/Mark K. Gyandoh
Mark K. Gyandoh, Esquire
**CAPOZZI ADLER, P.C.**
312 Old Lancaster Road
Merion Station, PA 19066
Email: markg@capozziadler.com
Telephone: (610) 890-0200
Fax: (717) 233-4103

Respectfully submitted,

 /s/Deborah S. Davidson
Deborah S. Davidson
**MORGAN, LEWIS & BOCKIUS LLP**
110 N. Wacker Drive
Chicago, IL 60606
Email: deborah.davidson@morganlewis.com
Telephone: (312) 324-1159
Fax: (312) 324-1001

| | |
|---|---|
| Donald R. Reavey, Esquire<br>**CAPOZZI ADLER, P.C.**<br>2933 North Front Street<br>Harrisburg, PA 17110<br>Email: donr@capozziadler.com<br>Telephone: (717) 233-4101<br>Fax: (717) 233-4103 | Stephanie R. Reiss<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Oxford Centre, 32nd Fl.<br>Pittsburgh, PA 15219<br>Email: stephanie.reiss@morganlewis.com<br>Telephone: (412) 560-3378<br>Fax: (412) 560-3700 |
| Anthony L. DeLuca<br>**ANTHONY L. DELUCA, PLC**<br>14950 East Jefferson Avenue, Suite 170<br>Gross Pointe Park, MI 48230<br>Email: anthony@aldplc.com<br>Telephone: (313) 821-5905<br>Fax: (313) 821-5906 | Oluwaseun (Shay) Familoni<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004-2541<br>Email: shay.familoni@morganlewis.com<br>Telephone: (202) 739-5103<br>Fax: (202) 739-3001 |
| Eric Lechtzin<br>**EDELSON LECHTZIN LLP**<br>411 S. State Street, Suite N-300<br>Newtown, PA 18940<br>Telephone: (215) 867-2399<br>Email: elechtzin@edelson-law.com | D. Andrew Portinga<br>James C. Bruinsma<br>**MILLER JOHNSON**<br>45 Ottawa Ave. SW, Suite 1100<br>Grand Rapids MI 49503<br>Email: portingaa@millerjohnson.com<br>Email: bruinsmaj@millerjohnson.com<br>Telephone: (616) 831-1772<br>Fax: (616) 988-1772 |
| *COUNSEL FOR PLAINTIFFS* | *COUNSEL FOR DEFENDANTS* |

IT IS SO ORDERED

Dated: _____, 2023     _____
Hon. Jane M. Beckering, U.S. District Court Judge